# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2434

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Ronda Jo Due, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: July 6, 2007
Filed: July 12, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, court-appointed counsel for Ronda Jo Due has filed a motion seeking leave to withdraw and a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Due pleaded guilty to a conspiracy charge and was sentenced to 60 months in prison and 3 years of supervised release. The district court[1] entered judgment on May 12, 2006. Due's pro se notice of appeal, dated May 30 and postmarked June 1, was received by the district court on June 2. Even if the notice of appeal is deemed filed on May 30, it was not filed within ten days of entry of

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

judgment and is therefore untimely.  <u>See</u> Fed. R. App. P. 4(b)(1)(A)(i).  A district court may, however, grant a defendant an additional 30 days in which to file a notice of appeal upon a showing of excusable neglect or good cause.  <u>See</u> Fed. R. App. P. 4(b)(4).

Accordingly, counsel's motion is held in abeyance and the case is remanded to the district court to determine whether the time for filing a notice of appeal should be extended under Fed. R. App. P. 4(b)(4).  <u>See</u> <u>United States v. Austin</u>, 217 F.3d 595, 597 (8th Cir. 2000); <u>United States v. Petty</u>, 82 F.3d 809, 810 (8th Cir. 1996) (per curiam).  Upon making that determination, the district court shall promptly return the case to this court for dismissal or further proceedings, as may be appropriate.

_____